# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

PHILADELPHIA LIFE INSURANCE
COMPANY SALES PRACTICES
LITIGATION

Case No. 6:01-md-1404-Orl-19DAB

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that Defendant, *Conseco, Inc. d/b/a Philadelphia Life Insurance Co.*, **recover its costs of action from the Plaintiff,** *Gerald Jones*, **in the amount of $3,003.60, for which sum execution may issue.**

Date:  June 15, 2005

SHERYL L. LOESCH, CLERK

s/ *M. Pleicones*, Deputy Clerk